

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | ~~SEALED~~ UNSEALED 11/27/07 KJK |
| v. | : | Criminal Action No. 07-058 JJF |
| VINCENTE VILLALBOS-RODRIGUEZ, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has been informed that the Defendant is prepared to enter a Plea in the above-captioned case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Wednesday, August 22, 2007 at 9:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and August 22, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

July 25, 2007
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE

FILED
JUL 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE