IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : (SEA~~LED~~) UNSEALED 11/27/07 KJK |
| v. | : Criminal Action No. 07-058 JJF |
| VINCENTE VILLALOBOS-RODRIGUEZ, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Friday, December 7, 2007, at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 26, 2007
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE

FILED
SEP 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE