

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-58-JJF |
| | ) | |
| VINCENTE VILLALOBOS-RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the following: the Order scheduling the guilty plea, docket item 9; the Memorandum of Plea Agreement, docket item 10; and the Order scheduling sentencing, docket item 12.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 11-9-07

**IT IS SO ORDERED** this ___ day of __November__, 2007.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court

FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE