IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-058 JJF |
| VINCENTE VILLALOBOS-RODRIGUEZ, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Defendant's Sentencing has been set for December 7, 2007 at 12:00 p.m.;

WHEREAS, due to a scheduling conflict the Court will move the Sentencing to December 6, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, December 6, 2007, at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 29, 2007
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE

FILED
NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE